IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ERIC MOTTO                    :     CIVIL ACTION
                              :
        v.                    :
                              :
WAL-MART STORES EAST, LP      :     NO. 11-2357

ORDER

AND NOW, this 3rd day of May, 2013, upon consideration of the defendant's motion for summary judgment (Docket No. 32), and the briefs in support of and opposition to that motion, and following oral argument held on November 15, 2012, IT IS HEREBY ORDERED, for the reasons stated in a memorandum bearing today's date, that the defendant's motion is GRANTED.  Judgment is hereby ENTERED in favor of the defendant, Wal-Mart Stores East, LP, and against the plaintiff, Eric Motto.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.